# United States Court of Appeals
## For the Eighth Circuit

———————————————

No. 15-1872

———————————————

Derrick D. Howard

*Plaintiff - Appellant*

v.

Fidelity National Title Insurance Company

*Defendant - Appellee*

——————————

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

——————————

Submitted: June 1, 2017
Filed: June 16, 2017
[Unpublished]

——————————

Before WOLLMAN, ARNOLD, and KELLY, Circuit Judges.

——————————

PER CURIAM.

Derrick D. Howard appeals following the district court's[1] adverse grant of summary judgment in this diversity action. Viewing the record in a light most favorable to Mr.

———————————————

[1]The Honorable Henry E. Autrey, United States District Judge for the Eastern District of Missouri.

Howard, with all reasonable inferences drawn in his favor, we conclude that summary judgment was warranted.  See Loch v. City of Litchfield, 689 F.3d 961, 965 (8th Cir. 2012) (de novo review).  We affirm the judgment of the district court, see 8th Cir. R. 47B; and we deny Mr. Howard's motion for remand.

_____